E-FILED
Monday, 22 December, 2025 02:47:20 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 16 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 25-cr- 10032 |
| Plaintiff, | ) | |
| | ) | VIOLATIONS: |
| v. | ) | |
| | ) | 18 U.S.C. § 2251(a) and (e) |
| JASON ALAN ISAACSON, | ) | 18 U.S.C. § 2252A(a)(2) and (b)(1) |
| | ) | 18 U.S.C. § 1470 |
| Defendant. | ) | 18 U.S.C. § 2260A |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Attempted Sexual Exploitation of a Minor)

On or about June 10, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

did knowingly attempt to employ, use, persuade, induce, entice, and coerce, an individual who he believed had not attained the age of 18 years to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and such visual depiction would be produced and transmitted using materials that have been

mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
### (Attempted Sexual Exploitation of a Minor)

On or about June 17, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

did knowingly attempt to employ, use, persuade, induce, entice, and coerce, an individual who he believed had not attained the age of 18 years to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and such visual depiction would be produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 3**
**(Attempted Sexual Exploitation of a Minor)**

On or about June 21 to 23, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

did knowingly attempt to employ, use, persuade, induce, entice, and coerce, an individual who he believed had not attained the age of 18 years to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and such visual depiction would be produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 4**
**(Attempted Receipt of Child Pornography)**

On or about June 20, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

knowingly attempted to receive child pornography, as defined in Title 18, United states Code, Section 2256(8), including visual depictions of a minor engaging in sexually explicit conduct, that is, the following files:

- 91946627-4e2a-11f0-8e65-d3c8a1fceb2f.jpeg

using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

**COUNT 5**
**(Attempted Receipt of Child Pornography)**

On or about June 25, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

knowingly attempted to receive child pornography, as defined in Title 18, United states Code, Section 2256(8), including visual depictions of a minor engaging in sexually explicit conduct, that is, the following files:

- 91e42c33-5187-11f0-94a4-e9e879e494ab.jpeg

using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT 6
**(Attempted Transfer of Obscene Matter to a Minor)**

On or about May 24, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

did, by any facility and means of interstate and foreign commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## COUNT 7
**(Attempted Transfer of Obscene Matter to a Minor)**

On or about May 28, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

did, by any facility and means of interstate and foreign commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## COUNT 8
**(Attempted Transfer of Obscene Matter to a Minor)**

On or about June 8, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

did, by any facility and means of interstate and foreign commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## COUNT 9
**(Attempted Transfer of Obscene Matter to a Minor)**

On or about June 18, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

did, by any facility and means of interstate and foreign commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 1470.

## COUNT 10
**(Committing a Felony Sex Offense while a Registered Sex Offender)**

On or about May 24, 2025, through June 26, 2025, in McLean County and elsewhere within the Central District of Illinois, the defendant,

**JASON ALAN ISAACSON,**

was required by federal or state law to register as a sex offender, and committed a felony offense involving violations of Title 18, United States Code, Section 2251(a) and (e), 2252A(a)(2) and (b)(1), and 1470, that is, the offense of attempted enticement of a minor as alleged in Counts One through Three of this Indictment, the offense of attempted receipt of child pornography as alleged in Counts Four through Five, and the offense of attempted transfer of obscene matter to a minor as alleged in Counts Six through Nine, and any combination of any of the Counts.

All in violation of Title 18, United States Code, Section 2260A.

## FORFEITURE NOTICE

1. The allegations contained in Counts One to Ten of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 1467 and 2253.

2. Upon conviction of the offenses alleged in the indictment the defendant,

**JASON ALAN ISAACSON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467 and 2253, all interest in:

a. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in the indictment or any property traceable to such property.

3. The property referenced in paragraph 2, subparagraphs a, includes, but is not limited to: a Red and White flip Doro cell phone, model number DFC-0180.

All pursuant to Title 18, United States Code, Section 1467 and 2253.

**Notice of Prior Conviction**

In connection with the offenses set forth in Counts One through Five of the Indictment, the following factors are relevant to determining the sentence of the defendant, JASON ALAN ISAACSON: pursuant to Title 18, United States Code, Section 2251(a) and (e), JASON ALAN ISAACSON has been previously convicted under federal law for the offense of Receipt of Child Pornography in the Central District of Illinois, Case Number 08-CR-10081.

A True Bill,

REDACTED

Foreperson

REDACTED

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
GJH