E-FILED
Wednesday, 22 July, 2026  09:56:46 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-CR-10032 |
| | ) | |
| JASON ALAN ISAACSON, | ) | |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

THIS MATTER coming before the Court on the Government's Motion for entry of a Preliminary Order of Forfeiture upon Defendant Jason Alan Isaacson's plea of guilty, and pursuant to Title 18, United States Code, Section 1467 and 2253, and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1.      The Government seeks forfeiture pursuant to Title 18, United States Code, Section 1467 and 2253, of: (a) any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in the Indictment, including the specific property listed:

- a Red and White flip Doro cell phone, model number DFC-0180.

2.      On July 14, 2026, the defendant pled guilty to Count Three of the Indictment pursuant to a plea agreement and agreed to the forfeiture allegation contained therein. (Minute Entry 07/14/2026 and d/e 23)

3.      Based upon the defendant's admissions at the time of his change of plea hearing and in the written plea agreement and the evidence presented

by the United States, this Court finds that the Government has established the appropriate nexus between the property to be forfeited and the offense to which the defendant pled guilty, and that said property is, therefore, subject to forfeiture to the United States.

This Court hereby GRANTS the United States' Motion for entry of a Preliminary Order of Forfeiture. Accordingly, it is hereby ORDERED, ADJUDGED and DECREED as follows:

A.    The defendant's right, title, and interest in and to the following property is hereby preliminarily forfeited to the United States of America, and the United States is hereby authorized to seize said property for disposition in accordance with the law, pursuant to Title 18, United States Code, Section 1467 and 2253:

- a Red and White flip Doro cell phone, model number DFC-0180.

B.    The above-mentioned property is to be held by the United States until further order of this Court.

C.    Pursuant to Title 21, United States Code, Section 853, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order and the Government's intent to dispose of the property in the manner prescribed by the Attorney General, and notice that any person other than the defendant having or claiming a legal interest in the property must file a petition with the Court and serve a copy on John D. Hoelzer, Assistant United States Attorney, within thirty (30) days of the final

publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. Publication may consist of posting notice for a period of thirty days on www.forfeiture.gov, an internet site maintained by the U.S. Department of Justice.

     D.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATE:   July 22, 2026

            s/ Jonathan E. Hawley

            JONATHAN E. HAWLEY
            UNITED STATES DISTRICT JUDGE