E-FILED
Friday, 20 November, 2026 10:42:44 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-cr-10032 |
| | ) | |
| JASON ALAN ISAACSON, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

THIS MATTER coming before the Court on the Government's Motion for Entry of a Final Order of Forfeiture, the Court finds as follows:

1. On July 22, 2026, this Court entered a Preliminary Order of Forfeiture (ECF 26) pursuant to 18 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, based upon the defendant's guilty plea;

2. Commencing on July 24, 2026, and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

3. This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, the Government's Motion for a Final Order of Forfeiture is GRANTED and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A. All right, title, and interest in and to all property involved in the commission of the offenses alleged in the Indictment, including, but not limited to the following property:

- a Red and White flip Doro cell phone, model number DFC-0180.

is hereby forfeited to the United States.

B. The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

DATE: November 20. 2026

s/ Jonathan E. Hawley

UNITED STATES DISTRICT JUDGE